In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-099 CV


____________________



IN RE STARFLITE MANAGEMENT GROUP, INC.,


d/b/a STARFLITE AVIATION







Original Proceeding






MEMORANDUM OPINION (1) ON REHEARING


 On motion for rehearing, the relator suggests our Opinion can be viewed as
requiring disclosure of the names and activities of customers not involved in this litigation,
the disclosure of which would not aid in the resolution of this dispute. In modifying its
order, we are confident the trial court will follow the Opinion of this Court and require
sufficient pleadings and narrowly tailored discovery requests. See also In re Sears,
Roebuck and Co., 146 S.W.3d 328, 332-34 (Tex. App.--Beaumont 2004, orig.
proceeding). 

 The motion for rehearing is overruled.


 PER CURIAM

Opinion Delivered May 19, 2005

Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Tex. R. App. P. 47.4.